UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROGELIO MARTINEZ, et al,

    Plaintiffs,

v.

SHAMIT PATEL,

    Defendant.

Case No. 2:13-cv-02189-APG-GWF

**ORDER ON PLAINTIFFS' MOTIONS IN LIMINE**

(Dkt. ##42, 43)

    Plaintiffs have filed 23 motions in limine (grouped as Dkt. ##42, 43). In the Declaration attached to those motions, plaintiffs' counsel states that defendant has stipulated to many of those motions. Nevertheless, the agreed-upon motions were filed along with the disputed motions, marked as "stipulated" where applicable and noting any conditions of those stipulation. (Dkt.43 at 2:9-13.)

    Motions are for disputed issues; stipulations are for issues the parties have agreed upon. Combining both in one document suggests that plaintiffs' counsel prepared the motions before conferring with opposing counsel and then was too lazy to revise the motions afterwards. Regardless, it is inappropriate to require the court to read through unnecessary motions and determine what is relevant to still-disputed issues. Therefore, I will deny all 23 motions without prejudice. Plaintiffs may file new motions in limine addressing only the disputed issues. To the extent that the parties agree on other issues, those can be incorporated into a separately filed stipulation.

    IT IS THEREFORE ORDERED that plaintiffs' motions in limine 1 – 23 **(Dkt. ##42, 43) are hereby DENIED WITHOUT PREJUDICE.**

Dated: August 18, 2015.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE