**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGELIO MARTINEZ, individually and FRANCISCA ACEBEDO-CEDILLO, individually and as Husband and Wife, and SALMA MARTINEZ, a minor, by and through her Natural Parent and Guardian Ad Litem, ROGELIO MARTINEZ,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SHAMIT PATEL,<br><br>　　　　　　　　Defendant. | Case No. 2:13-cv-02189-APG-GWF<br><br>**ORDER** |

(a) This case is set down for trial on **Monday, January 11, 2016** at 9:00 a.m. Calendar call shall be held on **Monday, January 4, 2016 at 9:30 a.m.**

(b) Motions in limine, if any, shall be filed and served on or before **September 14, 2015**. Responses and replies shall be filed in accordance with the time limits for civil motions.

(c) Trial briefs shall be submitted to the Court in triplicate on or before **January 6, 2016**.

(d) Jury Trials:

　　(1) The attorneys shall meet and confer with one another five (5) days before jury instructions are due to be submitted in an effort to agree on all jury instructions to be given and verdict forms to be used.

　　(2) Joint jury instructions, verdict forms and any instruction or verdict form not agreed to be requested by either party shall be submitted no later than noon on **January 6, 2016**. Counsel shall email the jury instructions to the Court (GWF_Chambers@nvd.uscourts.gov) and also submit a **CD Rom** containing all jury instructions upon which they have agreed and all jury

instructions upon which they have not agreed, together with a printed copy of each instruction annotated with the authority for each such instruction on or before noon on **January 6, 2016**.

    (i)    Each proposed instruction shall be set forth in a separate page.

    (ii)    There shall appear on all copies, but not on the original:

        (a)    Citations of authority supporting the propositions of law stated in the instruction;

        (b)    A designation of the party offering the instruction; and

        (c)    The offering party's proposed instruction number.

    (iii)    As to any instruction not agreed upon, the party not agreeing shall submit a statement giving the reason for not agreeing.

    (iv)    There shall appear on the original only at the bottom center of each page the following:

        "Instruction No. ___."

    (3)    Suggested questions of the parties to be asked of the jury panel by the Court or counsel on voir dire shall be submitted to the court on or before noon on **January 6, 2016**.

The order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 10th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge