# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

ROGELIO MARTINEZ, individually and FRANCISCA ACEBEDO-CEDILLO, individually and as Husband and Wife, and SALMA MARTINEZ, a minor, by and through her Natural Parent and Guardian Ad Litem, ROGELIO MARTINEZ,

    Plaintiff,

vs.

SHAMIT PATEL,

    Defendant.

Case No. 2:13-cv-2189-GWF

**ORDER**

    (a)    Counsel shall submit to the Court the exhibit list and witness list by noon, **January 6, 2016**.

    (b)    <u>EXHIBITS.</u>  Counsel shall supply the Courtroom Administrator with the **original** and **two** copies of a complete exhibit list of all exhibits that are intended to be used during the trial. At the same time, counsel shall serve upon opposing counsel a copy of the same.  Plaintiffs shall use numerals 1 through 499 and Defendants shall use numerals 500 through 999. Exhibits that are on the same subject matter may be marked as a series: that is, Plaintiff's 1-A, 1-B, etc., and Defendant's 500-A, 501-B, etc. If the total exhibits per side exceed 15, the exhibits are to be placed in 3-ring binders with numbered dividers. The exhibits are to be listed on the form provided by the Clerk's Office or obtained from the Court's website *www.nvd.uscourts.gov*. The form may be computer-generated but must conform to the requirements of the Court's form. Counsel shall retain possession of their exhibits until such time as they are identified in open

court; thereafter, the exhibits shall remain in the custody of the Courtroom Administrator unless otherwise ordered.

    (c)    <u>MARKING EXHIBITS.</u>  During preparations for trial, counsel for all parties shall meet, confer, premark and exchange all trial exhibits. At least three **(3) court** days in advance of trial. Counsel in civil cases shall notify the Courtroom Administrator that the exhibits have been pre-marked.

    (d)    <u>EVIDENCE DISPLAY EQUIPMENT.</u>  On **Friday, January 8, 2016 at 1:30 PM in LV Courtroom 4B**.  The Courtroom Administrator has arranged for training of counsel wishing to utilize their laptops, video recordings, et cetera.

    (e)    <u>CONTACT PERSON.</u>  All questions and information regarding the trial calendar are to be directed to Elvia Garcia, Courtroom Administrator, at 702-464-5430 or *elvia_garcia@nvd.uscourts.gov.*

    DATED this 30th day of December 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge